**Electronically Filed**
**Supreme Court**
**SCWC-12-0000763**
**06-MAY-2016**
**09:27 AM**

SCWC-12-0000763

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

LOGAN I. FRANCO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000763; CASE NO. 2DTA-11-00364)

ORDER OF CORRECTION
(By: Wilson, J.)

IT IS HEREBY ORDERED that the Summary Disposition Order of the Hawai'i Supreme Court, filed on April 21, 2016, is corrected as follows:

The attorney credit on page 4 shall reflect Hayden Aluli as attorney for petitioner.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, May 6, 2016.

/s/ Michael D. Wilson

Associate Justice

